## CHARLES E. SCHMIDT *v.* VICTOR BENIT.

Where there is no prayer for a citation of the appellee, and he is not cited, it is a good ground for a dismissal of the appeal.

APPEAL from the Sixth District Court of New Orleans, *Howell, J.* Plaintiff in *propria personà.*

ILSLEY, J. The appellee moves to dismiss the appeal in this case on several grounds : one of which is that he has not been cited to answer the appeal.

In the petition for an order of appeal there is no prayer for citation on the appellee, and he was not cited. This is good ground for dismissal. 10 Al. 650. 13 La, 50. 5 A. 115.

It is therefore ordered, adjudged and decreed, that the appeal in this case be dismissed, at the costs of the appellant.

HOWELL, J., recused.

---

## CHARLES E. SCHMIDT *v.* JULES BENIT.

APPEAL from the Sixth District Court of New Orleans, *Howell, J.* Plaintiff *pro. se.*

ILSLEY, J. The appellee moves to dismiss the appeal in this case on several grounds : one of which is that he has not been cited to answer the appeal.

In the petition for an order of appeal there is no prayer to cite the appellee, nor was he cited ; and this is good ground for dismissal. *Bolling* v. *Anderson,* 10 A. 650. *Walker* v. *Martolo,* 13 La. 50. *Pratt* v. *Enom,* 5 A. 115.

It is therefore ordered, adjudged and decreed, that the appeal in this case be dismissed, at the costs of appellant.